| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mitchell, Suzanne | United States District Court, Western District of Oklahoma | 10/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

| 7. Chambers or Office Address |
|---|
| 200 NW 4th Street<br>Oklahoma City, OK 73102 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | McAfee & Taft - Salary |
| 2. 2015 | Legacy Financial Services Group - Partnership Income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | First Mortgage Company | Mortgage - Rental Property #1 (Part VII, Line 1) | M |
| 3. | Sun Trust Mortgage Inc | Mortgage - Rental Property #2 (Part VII, Line 2) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTIES (H) | | | | | | | | | |
| 2. Rental Property #1 - Cleveland County, Norman, OK | C | Rent | M | W | | | | | |
| 3. Rental Property #2 - Oklahoma County, Oklahoma City, OK. | D | Rent | L | W | | | | | |
| 4. | | | | | | | | | |
| 5. CASH AND BONDS (H) | | | | | | | | | |
| 6. UMB Accounts. | A | Int./Div. | M | T | | | | | |
| 7. First United Bank (formerly First American Bank) | A | Int./Div. | J | T | | | | | |
| 8. Allegiance Credit Union Account | A | Int./Div. | | | Closed | 03/18/15 | J | | |
| 9. Chase Accounts. | A | Interest | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. RAYMOND JAMES ACCOUNT (H) | | | | | | | | | |
| 12. First Trust Target DIVSD DVD 4Q | B | Dividend | | | Redeemed | 01/14/15 | K | | |
| 13. Invesco Mid Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 14. Invesco Comstock Fund Class A M/F | A | Dividend | J | T | | | | | |
| 15. Capital Income Builder Fund Class A American Funds M/F | A | Dividend | K | T | | | | | |
| 16. Capital World Growth & Income Fund Class A American FD M/F | A | Dividend | K | T | | | | | |
| 17. Investment Company of America Class A American Funds M/F | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Washington Mutual Investors Class A American Funds M/F | A | Dividend | J | T | | | | | |
| 19. Bank Deposit Program-Sweep | A | Int./Div. | J | T | Open | 01/14/15 | J | | |
| 20. First Trust Sabrient Baker's Dozen | A | Dividend | L | T | Buy | 01/20/15 | K | | |
| 21. | | | | | Buy (add'l) | 02/06/15 | K | | |
| 22. | | | | | | | | | |
| 23. EDWARD JONES ACCOUNTS (H) | | | | | | | | | |
| 24. Edward Jones #1 (H)Money Market Account | A | Interest | J | T | | | | | |
| 25. Walt Disney Company stock | A | Dividend | J | T | | | | | |
| 26. Edward Jones #2 (H)Money Market Account | A | Interest | J | T | | | | | |
| 27. Oracle Corporation stock | A | Dividend | J | T | | | | | |
| 28. Edward Jones #3 (H) Money Market Account | A | Interest | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. EDWARD JONES 529 COLLEGE SAVINGS PLANS (H) | | | | | | | | | |
| 31. EDJ 529 College Savings Plan #1 (H) | | | | | | | | | |
| 32. Capital Income Builder Fd | A | Int./Div. | J | T | | | | | |
| 33. Capital Wrld Growth and Income Fd | A | Int./Div. | J | T | | | | | |
| 34. Fundamental Investors Fd | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EDJ 529 College Savings Plan #2 (H) | | | | | | | | | |
| 36. Cash | A | Interest | | | Distributed | 09/11/15 | J | | |
| 37. Capital Income Builder Fd | A | Int./Div. | | | Sold | 09/11/15 | J | A | |
| 38. EDJ 529 College Savings Plan #3 (H) | | | | | | | | | |
| 39. Capital Income Builder Fd | A | Int./Div. | J | T | | | | | |
| 40. Capital Wrld Growth and Income Fd | A | Int./Div. | J | T | | | | | |
| 41. Fundamental Investors Fd | A | Int./Div. | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. FULKERSON FAMILY REVOCABLE TRUST (H) | | | | | | | | | |
| 44. Chevron Stock | A | Dividend | J | T | | | | | |
| 45. Real Estate Parcel #1, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 46. Real Estate Parcel #2 Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 47. Real Estate Parcel #3, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 48. Real Estate Parcel #4, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 49. | | | | | | | | | |
| 50. PARTNERSHIP INVESTMENTS (H) | | | | | | | | | |
| 51. Legacy Financial Services Group, LLC 0.71579% | D | Distribution | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | | |
| 53. | ARNOLD & PORTER LLP PROFIT SHARING AND 401(K) PLAN (H) | | | | | | | | | |
| 54. | T. Rowe Price Mid Cap Growth | A | Dividend | K | T | | | | | |
| 55. | Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 56. | JP Morgan Smart Retirement 2035 | A | Dividend | | | Sold | 01/26/15 | J | A | |
| 57. | Vanguard Small Cap Index Inst | A | Dividend | J | T | Buy | 01/26/15 | J | | |
| 58. | | | | | | | | | | |
| 59. | FIDELITY INVESTMENTS ROLLOVER IRA (H) | | | | | | | | | |
| 60. | Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 61. | Fidelity Select Multimedia | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | | |
| 63. | MCAFEE & TAFT 401(K) (H) | | | | | | | | | |
| 64. | SPTN 500 Index Adv | A | Int./Div. | | | Closed | 01/07/15 | M | | |
| 65. | SPTN 500 Index Inst | C | Int./Div. | N | T | Open | 01/07/15 | M | | |
| 66. | | | | | | Buy (add'l) | 01/15/15 | J | | |
| 67. | | | | | | Buy (add'l) | 01/30/15 | J | | |
| 68. | | | | | | Buy (add'l) | 02/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 70. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 71. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 72. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 73. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 74. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 75. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 76. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 77. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 78. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 79. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 80. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 81. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 82. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 83. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 84. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 85. | | | | | Buy (add'l) | 09/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Buy (add'l) | 10/15/15 | J | | |
| 87. | | | | | | Buy (add'l) | 10/30/15 | J | | |
| 88. | | | | | | Buy (add'l) | 11/13/15 | J | | |
| 89. | | | | | | Buy (add'l) | 11/30/15 | J | | |
| 90. | | | | | | Buy (add'l) | 12/15/15 | J | | |
| 91. | | | | | | Buy (add'l) | 12/31/15 | J | | |
| 92. | Fidelity Contrafund K | D | Int./Div. | M | T | Buy (add'l) | 01/15/15 | J | | |
| 93. | | | | | | Buy (add'l) | 01/30/15 | J | | |
| 94. | | | | | | Buy (add'l) | 02/13/15 | J | | |
| 95. | | | | | | Buy (add'l) | 02/27/15 | J | | |
| 96. | | | | | | Buy (add'l) | 03/13/15 | J | | |
| 97. | | | | | | Buy (add'l) | 03/31/15 | J | | |
| 98. | | | | | | Buy (add'l) | 04/15/15 | J | | |
| 99. | | | | | | Buy (add'l) | 04/30/15 | J | | |
| 100. | | | | | | Buy (add'l) | 05/15/15 | J | | |
| 101. | | | | | | Buy (add'l) | 05/21/15 | J | | |
| 102. | | | | | | Buy (add'l) | 05/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 104. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 105. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 106. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 107. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 108. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 109. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 110. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 111. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 112. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 113. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 114. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 115. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 116. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 117. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 118. Fidelity Low Priced Stock K | A | Int./Div. | M | T | | | | | |
| 119. Fidelity Mid Cap Stock K | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Century Small Cap Value I | D | Int./Div. | | | Closed | 01/02/15 | M | | |
| 121. JH Discpl Value Midcap | D | Int./Div. | M | T | Open | 01/02/15 | M | | |
| 122. Fidelity Diversified International K | A | Int./Div. | K | T | | | | | |
| 123. | | | | | | | | | |
| 124. SCHWAB ROLLOVER IRA (H) | | | | | | | | | |
| 125. Pimco Fundamental Index Plus AR FD CL D | B | Int./Div. | K | T | | | | | |
| 126. Vulcan Value Partners Fund | B | Int./Div. | K | T | | | | | |
| 127. Dodge & Cox Stock Fund | A | Int./Div. | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. ETRADE BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 130. ETrade Account #1 (H) | | | | | | | | | |
| 131. Ford Motor Co | A | Int./Div. | J | T | | | | | |
| 132. Nuance Communications | A | Int./Div. | J | T | | | | | |
| 133. Powershares Exchange Traded Fund | A | Int./Div. | J | T | | | | | |
| 134. Oneok Partners LP | A | Int./Div. | J | T | | | | | |
| 135. Berkshire Hathaway | A | Int./Div. | J | T | Buy | 1/13/15 | J | | |
| 136. ETrade Account #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Coca Cola Bottling Co | A | Int./Div. | J | T | | | | | |
| 138. Schwab S&P 500 Fund | A | Int./Div. | J | T | | | | | |
| 139. | | | | | | | | | |
| 140. OKLAHOMA 529 COLLEGE SAVINGS PLANS (H) | | | | | | | | | |
| 141. OK 529 College Savings Plan #1. (H) | | | | | | | | | |
| 142. Global Equity Index Option | A | Dividend | | | Closed | 01/02/15 | J | | |
| 143. US Equity Index Option | A | Dividend | J | T | Open | 01/02/15 | J | | |
| 144. Aggressive Managed Alloc Ages 15-17 | A | Dividend | | | Closed | 12/21/15 | J | | |
| 145. Aggressive Managed Alloc Age 18+ | A | Dividend | J | T | Open | 12/21/15 | J | | |
| 146. Moderate Managed Alloc Ages 15-17 | A | Dividend | | | Open | 01/21/15 | K | | |
| 147. | | | | | Closed | 12/21/15 | K | | |
| 148. Moderate Managed Alloc Age 18+ | A | Dividend | K | T | Open | 12/21/15 | K | | |
| 149. OK 529 Collge Savings Plan #2. (H) | | | | | | | | | |
| 150. Aggressive Managed Allocation Age 18+ | A | Dividend | J | T | Distributed (part) | 01/02/15 | J | A | |
| 151. | | | | | Distributed (part) | 02/03/15 | J | A | |
| 152. US Equity Index Option | A | Dividend | J | T | Open | 01/02/15 | J | | |
| 153. | | | | | Distributed (part) | 07/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. OK 529 College Savings Plan #3. (H) | | | | | | | | | |
| 155. Aggressive Managed Allocation Age 18+ | A | Dividend | | | Distributed (part) | 01/02/15 | J | A | |
| 156. | | | | | Closed | 01/02/15 | J | | |
| 157. US Equity Index Option | A | Dividend | | | Open | 01/02/15 | J | | |
| 158. | | | | | Distributed | 02/03/15 | J | A | |
| 159. Conservative Managed Alloc Age 18+ | A | Dividend | J | T | Open | 01/21/15 | J | | |
| 160. | | | | | Distributed (part) | 07/20/15 | J | A | |
| 161. | | | | | Distributed (part) | 10/23/15 | J | A | |
| 162. | | | | | Distributed (part) | 10/28/15 | J | A | |
| 163. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 10/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION REGARDING PART VII, LINES 46-51, REAL ESTATE PARCELS, CLEVELAND COUNTY, OK:
Parcels are owned thrugh a family revocable trust.
Assessed value of Parcel 1, Part VII, Line 48 is $4,000.
Assessed value of Parcel 2, Part VII, Line 49 is $12,360.
Assessed value of Parcel 3, Part VII, Line 50 is $2,000.
Assessed value of Parcel 4, Part VII, Line 51 is $12,500.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne Mitchell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544